AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:19-cv-40

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Commonwealth Associates Group LLC c/o David Ruedlinger**
was received by me on *(date)* **2/4/2019**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Lauren Charles**, who is designated by law to accept service of process on behalf of *(name of organization)* **Commonwealth Associates Group, LLC** on *(date)* **2/5/2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ **105.00** for services, for a total of $ **105.00**.

I declare under penalty of perjury that this information is true.

Date: **2/5/2019**

**Donald T Skinner**
*Server's signature*

**Donald T. Skinner**
**Private Process Server**
*Printed name and title*

**PO Box 762 Virginia Beach, VA 23451**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| LeVon Hodges | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:19-cv-40 |
| Commonwealth Associates Group, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Commonwealth Associates Group, LLC
c/o DAVID RUEDLINGER
5245 CLEVELAND ST SUITE 207
VIRGINIA BEACH VA 23462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua A. Mize
Mize Law, PLLC
110 Front St., Suite 300
Jupiter, FL 33477

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Elizabeth M. Warren

CLERK OF COURT

Date: Feb 01, 2019

*LynneBurget*
*Signature*