**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

LEVON HODGES,

    Plaintiff,                                    Case No. 5:19-cv-40

v.

COMMONWEALTH ASSOCIATES GROUP, LLC,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, LeVon Hodges, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, gives notice that this action is hereby dismissed without prejudice.

DATED: March 15, 2019.                    Respectfully submitted,

                                                    */s/ Joshua A. Mize*
                                                    **Joshua A. Mize, Esq.**
                                                    Florida Bar No. 86163
                                                  **MIZE LAW, PLLC**
                                                   110 Front Street, Suite 300
                                                   Jupiter, FL 33477
                                                   Phone: (407) 913-6800
                                                   Fax: (407) 604-7410
                                                   Email: jmize@mize.law

                                                   *Attorney for the Plaintiff,*
                                                   *LeVon Hodges*